Before State Industrial Board, Respondent. Mary Del Bel, Claimant,

---

* See 41 U. S. Stat. at Large, 461, § 206; since amd. by 42 id. 393, 394, chap. 70; Pres. Proc. March 26, 1921, 42 id. ——. See, also, Transportation Act of 1920 (41 U. S. Stat. at Large, 462), § 206, subds. h, i, as added by 42 id. 1443, chap. 233, in effect March 3, 1923.— [Rep.

Respondent, v. CHATEAUGAY ORE AND IRON COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.